# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1107. JAMES DAVIS v. FULTON COUNTY SUPERIOR COURT.**

James Davis filed what purports to be a mandamus petition. Based upon the limited information provided, it appears Davis is facing prosecution in Fulton County. According to Davis, he filed a demurrer in state court. Under OCGA § 15-6-21 (b), the state court was required to decide the motion within 90 days. Davis contends that the state court failed to decide the motion and instead transferred the case to superior court. Davis asks that this Court order the superior court to rule on the demurrer.

"Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983). An appellate court has limited original mandamus authority in aid of its jurisdiction. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV. Mandamus will issue "only if (1) no other adequate legal remedy is available to effectuate the relief sought; and (2) the applicant has a clear legal right to such relief." *Bibb County v. Monroe County*, 294 Ga. 730, 734 (2) (755 SE2d 760) (2014).

This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 482- 483 (2) (738 SE2d 614) (2013). Rather, Davis must pursue relief in superior court. See *Brown*, supra. Accordingly, this mandamus petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   01/15/2019          *
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*